UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
September 29, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:08CR00392GEB-15 |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| SARAH LEANNE LANCASTER, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  SARAH LEANNE LANCASTER , Case No. 2:08CR00392GEB-15 , Charge  21USC § 846 AND 841(a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of $_____

    _X_   Unsecured Appearance Bond

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond with Surety

    __   Corporate Surety Bail Bond

    ✔   (Other)     Pretrial conditions as stated on the record.

Issued at  Sacramento, CA  on  September 29, 2008  at  10:28 am .

By   /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court