SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
SARAH LEANNE LANCASTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:08-cr-00392 GEB |
| Plaintiff, | STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |
| v. | |
| SARAH LEANNE LANCASTER, et. al. | |
| Defendants. | |

<u>Stipulation</u>

The parties, through undersigned counsel, stipulate that the pretrial release conditions of SARAH LANCASTER are to be modified as follows:

1. SARAH LANCASTER shall abstain from the use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and SARAH LANCASTER shall notify Pretrial Services immediately of any prescribed medication(s).  However, medicinal marijuana, prescribed or not, may not be used;

2.  SARAH LANCASTER shall participate in the substance abuse treatment program at The Effort, Inc., inpatient facility, and comply

with all the rules and regulations of the program. SARAH LANCASTER shall remain at The Effort, Inc., inpatient facility at 1550 Juliesse Avenue, Sacramento, California 95815, until released by the pretrial services officer;

    3. A responsible party approved by Pretrial Services shall escort SARAH LANCASTER to all required court hearings and escort SARAH LANCASTER back to The Effort upon completion of the hearing;

    4. Upon successful completion of The Effort Residential Program and SARAH LANCASTER shall reside at 1023 W Street #2 Sacramento, CA 95818 and SARAH LANCASTER shall not change her residence or absent herself from this residence for more than 24 hours without the prior approval of the pretrial services officer; and

    5. Upon completion of the residential program, SARAH LANCASTER shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.

    6. All other previous terms and conditions of pretrial release not in conflict with this order remain unchanged.

    The prosecutor has authorized the defense counsel for SARAH LANCASTER to sign this stipulation on his behalf.

DATED: December 10, 2008          McGREGOR W. SCOTT
                                           United States Attorney

                                 by   /s/Michael Beckwith
                                           Michael Beckwith
                                           Assistant U.S. Attorney

DATED: December 10, 2008
                               by   /s/Scott N. Cameron
                                           Scott N. Cameron
                                           Counsel for SARAH LANCASTER

1                              Order

2        Good cause appearing,

3        The conditions of SARAH LANCASTER's pretrial release are hereby
4   modified as follows:

5        1. SARAH LANCASTER shall abstain from the use of alcohol or any
6   use of a narcotic drug or other controlled substance without a
7   prescription by a licensed medical practitioner; and SARAH LANCASTER
8   shall notify Pretrial Services immediately of any prescribed
9   medication(s).  However, medicinal marijuana, prescribed or not, may
10  not be used;

11       2.  SARAH LANCASTER shall participate in the substance abuse
12  treatment program at The Effort, Inc., inpatient facility, and comply
13  with all the rules and regulations of the program. SARAH LANCASTER
14  shall remain at The Effort, Inc., inpatient facility at 1550 Juliesse
15  Avenue, Sacramento, California 95815, until released by the pretrial
16  services officer;

17       3.  A responsible party approved by Pretrial Services shall
18  escort SARAH LANCASTER to all required court hearings and escort SARAH
19  LANCASTER back to The Effort upon completion of the hearing;

20       4. Upon successful completion of The Effort Residential Program
21  and SARAH LANCASTER shall reside at 1023 W Street #2 Sacramento, CA
22  95818 and SARAH LANCASTER shall not change her residence or absent
23  herself from this residence for more than 24 hours without the prior
24  approval of the pretrial services officer; and
25  / / /
26  / / /
27  / / /
28  / / /

1    5. Upon completion of the residential program, SARAH LANCASTER
2 shall participate in a program of medical or psychiatric treatment,
3 including treatment for drug or alcohol dependency, as approved by the
4 pretrial services officer.
5    6.  All other previous terms and conditions of pretrial release
6 not in conflict with this order remain unchanged.
7    IT IS SO ORDERED.
8 DATED:   December 12, 2008.

         /s/ Edmund F. Brennan
         EDMUND F. BRENNAN
         UNITED STATES MAGISTRATE JUDGE

4