```
SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916)442-5230

Attorney for:
SARAH LANCASTER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SARAH LANCASTER, et. al.<br><br>  Defendants. | CASE NO.  2:08-CR-00392 GEB<br><br>**ORDER TO EXONERATE BOND** |

WHERE AS, on January 23, 2009, this Court ordered that defendant SARAH LANCASTER be detained for violating the conditions of her pretrial release, and

WHERE AS, defendant SARA LANCASTER was remanded on January 23, 2009, pursuant to the afore-mentioned detention order,

IT IS THEREFORE ORDERED, that the unsecured Appearance Bond, executed by Paul Lancaster, and filed with this court on September 25, 2008, be exonerated.

DATED: January 28, 2009

/s/ Gregory G. Hollows
_____
Honorable Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

lancaster.exo

1