Scott N. Cameron (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Telephone: 916-442-5230

Attorney for:
SARAH LANCASTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>      v.                          )<br>                                  )<br>SARAH LANCASTER, et. al,          )<br>                                  )<br>            Defendants.           )<br>_____ ) | CASE NO.  CR S-08-392 GEB<br><br>STIPULATION AND [PROPOSED] ORDER<br>CONTINUING SENTENCING HEARING<br><br><br>DATE:   June 26, 2009<br>TIME:   9:00 a.m.<br>COURT:  Hon. Garland E. Burrell |

<u>Stipulation</u>

The parties, through undersigned counsel, stipulate that the judgement and sentencing hearing scheduled for June 26, 2009, may be continued to August 28, 2009, at 9:00 a.m.  Scott Cameron, the attorney for SARAH LANCASTER, was in trial in state court from March 25, 2009, through June 3, 2009.  As a result, Scott Cameron was unavailable to travel to Nevada County for a pre-sentencing interview.  Probation Officer George Vidales is in training from June 8, 2009, through June 26, 2009.  A pre-sentencing interview is presently scheduled for June 30, 2009.

It is further stipulated that the date for the Pre-Sentence Report to be filed with the court may be extended to August 7, 2009, and the date for a Motion for Correction of the Pre-Sentence Report to

be served and filed may be extended to August 14, 2009.

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

DATED: June 11, 2009        LAWRENCE G. BROWN
                            Acting United States Attorney


                     by     /s/ Scott Cameron, for
                            Michael Beckwith
                            Assistant U.S. Attorney

DATED: June 11, 2009

                     by     /s/ Scott N. Cameron
                            Scott N. Cameron
                            Counsel for Scott N. Cameron

                            Order

Good cause appearing,

The sentencing hearing scheduled for June 26, 2009, is continued to August 28, 2009, at 9:00 a.m.  The date for the Pre-Sentence Report to be filed with the court is extended to August 7, 2009, and the date for a Motion for Correction of the Pre-Sentence Report to be served and filed is extended to August 14, 2009.


IT IS SO ORDERED.

Dated:  June 11, 2009

                            _____
                            GARLAND E. BURRELL, JR.
                            United States District Judge

2