Scott N. Cameron (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Telephone: 916-442-5230

Attorney for:
SARAH LANCASTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  CR S-08-392 GEB |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING |
| v. ) | |
| SARAH LANCASTER, et. al, ) | DATE:  October 9, 2009 |
| ) | TIME:  9:00 a.m. |
| Defendants. ) | COURT: Hon. Garland E. Burrell |

## Stipulation

The parties, through undersigned counsel, stipulate that the judgement and sentencing hearing scheduled for October 9, 2009, may be continued to December 11, 2009, at 9:00 a.m.

Pursuant to the plea agreement, filed under seal with this Court, the additional time is necessary before judgment and sentencing may be pronounced.

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

/ /

/ /

/ /

1

```
DATED: October 6, 2009           LAWRENCE G. BROWN
                                 United States Attorney


                           by    /s/ Scott Cameron, for
                                 Michael Beckwith
                                 Assistant U.S. Attorney


DATED: October 6, 2009


                           by    /s/ Scott N. Cameron
                                 Scott N. Cameron
                                 Counsel for Scott N. Cameron
```

### Order

Good cause appearing,

The sentencing hearing scheduled for October 9, 2009, is continued to December 11, 2009, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  October 7, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

2