**FILED**
October 22, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>          Plaintiff,          )<br>                              )<br>v.                            )<br>                              )<br>SARAH LANCASTER,              )<br>                              )<br>          Defendant.          )<br>_____ | Case No. 2:08-cr-392 GEB<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Sarah Lancaster, Case 2:08-cr-392 GEB  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

        __  Release on Personal Recognizance

        __  Bail Posted in the Sum of _____

        X   Unsecured bond in the amount of $50,000.00  to be co-signed by Paul Lancaster and Andrea Lancaster by close of business 10/23/2009.

        __  Appearance Bond with 10% Deposit

        __  Appearance Bond secured by Real Property

        __  Corporate Surety Bail Bond

        X   (Other) Pretrial conditions/supervision. Defendant to be released to Pretrial Services at 9:00 AM on 10/28/2009.

Issued at  Sacramento, CA  on 10/22/09  at  4:01 p.m.

By  /s/ Kimberly J. Mueller
Kimberly J. Mueller,
United States Magistrate Judge