1 | Scott N. Cameron (SBN 226605)
  | Attorney at Law
2 | 1007 7th Street, Suite 319
  | Sacramento, CA 95814
3 | Telephone: 916-442-5230

4 | Attorney for:
  | SARAH LANCASTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR S-08-392 GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| v. | ) | |
| SARAH LANCASTER, et. al, | ) | DATE: December 11, 2009 |
| | ) | TIME: 9:00 a.m. |
| Defendants. | ) | COURT: Hon. Garland E. Burrell |

## Stipulation

The parties, through undersigned counsel, stipulate that the judgement and sentencing hearing scheduled for December 11, 2009, may be continued to February 19, 2010, at 9:00 a.m.

Pursuant to the plea agreement, filed under seal with this Court, the additional time is necessary before judgment and sentencing may be pronounced.

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

/ /

/ /

/ /

1

```
DATED: December 8, 2009           BENJAMIN WAGNER
                                  United States Attorney


                            by    /s/ Scott Cameron, for
                                  Michael Beckwith
                                  Assistant U.S. Attorney

DATED: December 8, 2009

                            by    /s/ Scott N. Cameron
                                  Scott N. Cameron
                                  Counsel for Scott N. Cameron
```

### Order

Good cause appearing,

The sentencing hearing scheduled for December 11, 2009, is continued to February 19, 2010, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  December 10, 2009

_____
GARLAND E. BURRELL, JR
United States District Judge