Scott N. Cameron (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Telephone: 916-442-5230

Attorney for:
SARAH LANCASTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  CR S-08-392 GEB |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| v. ) | |
| SARAH LANCASTER, et. al, ) | DATE: February 19, 2010 |
| Defendants. ) | TIME: 9:00 a.m. |
| | COURT: Hon. Garland E. Burrell |

## Stipulation

The parties, through undersigned counsel, stipulate that the judgement and sentencing hearing scheduled for February 19, 2010, may be continued to April 30, 2010, at 9:00 a.m.

Pursuant to the plea agreement, filed under seal with this Court, the additional time is necessary before judgment and sentencing may be pronounced.

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

/ /

/ /

/ /

1

DATED: February 18, 2010          BENJAMIN WAGNER
                                  United States Attorney


                            by    /s/ Scott Cameron, for
                                  Michael Beckwith
                                  Assistant U.S. Attorney

DATED: February 18, 2010

                            by    /s/ Scott N. Cameron
                                  Scott N. Cameron
                                  Counsel for Scott N. Cameron


                                Order

    Good cause appearing,

    The sentencing hearing scheduled for February 19, 2010, is continued to April 30, 2010, at 9:00 a.m.


    IT IS SO ORDERED.

Dated:  February 18, 2010

                                  _____
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge