Scott N. Cameron (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Telephone: 916-442-5230

Attorney for:
SARAH LANCASTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR S-08-392 GEB |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| v. ) | |
| SARAH LANCASTER, et. al, ) | DATE: April 30, 2010 |
| ) | TIME: 9:00 a.m. |
| Defendants. ) | COURT: Hon. Garland E. Burrell |

## Stipulation

The parties, through undersigned counsel, stipulate that the judgement and sentencing hearing scheduled for April 30, 2010, may be continued to June 18, 2010, at 9:00 a.m.

Pursuant to the plea agreement, filed under seal with this Court, the additional time is necessary before judgment and sentencing may be pronounced.

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

/ /

/ /

/ /

1

```
DATED: April 27, 2010            BENJAMIN WAGNER
                                 United States Attorney


                          by     /s/ Scott Cameron, for
                                 Michael Beckwith
                                 Assistant U.S. Attorney


DATED: April 27, 2010

                          by     /s/ Scott N. Cameron
                                 Scott N. Cameron
                                 Counsel for SARAH LANCASTER
```

### Order

Good cause appearing,

The sentencing hearing scheduled for April 30, 2010, is continued to June 18, 2010, at 9:00 a.m.

IT IS SO ORDERED.

Dated: May 5, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

2