# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF CALIFORNIA

**PRETRIAL SERVICES VIOLATION PETITION**



FILED
JUN 2 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

The United States,

-vs-

Sarah Leanne Lancaster                                       Docket No. 2:08-CR-0392-GEB

**COMES NOW** Steven J. Sheehan, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Sarah Lancaster, who was placed on bond by the Honorable Kimberly J. Mueller, U.S. Magistrate Judge, sitting in the Court at Sacramento, California, on the 22nd day of October 2009, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** 21 USC 846, 841(a)(1)-Conspiracy to Distribute and Possess with Intent to Distribute Over 500 Grams of Methamphetamine.

**BOND CONDITIONS:** The defendant was released on a $50,000 unsecured bond, co-signed by her mother and father, Paul and Andrea Lancaster, with Pretrial Services supervision and special conditions of release. Please see attachment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On April 1, May 7, May 19, 2010, Ms. Lancaster submitted urine samples which were deemed to be diluted by Alere Laboratories. On May 22, 2010, Ms. Lancaster submitted a diluted sample which tested positive for the presence of methamphetamine. On June 2, 2010, Ms. Lancaster admitted using methamphetamine over the last 30 days.

**PRAYING THAT THE COURT WILL ORDER** the matter placed on this court's calendar for a bail violation hearing on **Friday, June 4, 2010, at 2:00 p.m.** to address the allegations contained herein.

| | |
|---|---|
| **LAST KNOWN ADDRESS:** | On file with Pretrial Services |
| **TELEPHONE NUMBER:** | On file with Pretrial Services |

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Steven J. Sheehan

Steven J. Sheehan
Pretrial Services Officer
June 2, 2010

## ORDER

____ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $ _____.

____ The Court hereby orders this ex parte motion and order be sealed.

____ The Court orders a summons be issued with an appearance date of _____.

**X** The Court hereby orders this matter placed on this court's calendar on **Friday, June 4, 2010, at 2:00** p.m. and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

Considered and ordered this 2nd day of
June, 2010, and ordered filed and
made a part of the records in the above case.

_Dale A. Drozd_
The Honorable Dale A. Drozd
U.S. Magistrate Judge

Pretrial Services Violation Petition - page 2
Sarah Leanne Lancaster

**SPECIAL CONDITIONS OF RELEASE:**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. Your travel is restricted to the Eastern District of California, without the prior consent of the pretrial services officer;

4. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

5. You shall refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

6. You shall submit to drug or alcohol testing as approved by the pretrial services officer;

7. You shall participate in the substance abuse treatment program at The Effort, Inc., inpatient facility, and comply with all the rules and regulations of the program. You shall remain at The Effort, Inc., inpatient facility at 1550 Juliesse Avenue, Sacramento, California, until released by the pretrial services officer;

8. Upon successful completion of residential program, you are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

9. Upon completion of The Effort program, you shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

10. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer;

11. You shall submit to DNA testing as directed by the United States Attorney's Office(stayed);

12. You shall report any contact with law enforcement to your pretrial services officer within 24 hours; and

13. You shall not associate or have any contact with the co-defendants in this case, unless in the presence of counsel or otherwise approved in advance by the pretrial services officer.