Scott N. Cameron (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Telephone: 916-442-5230

Attorney for:
SARAH LANCASTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SARAH LANCASTER, et. al,<br><br>　　　　　Defendants. | CASE NO.  CR S-08-392 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING<br><br>DATE:　June 18, 2010<br>TIME:　9:00 a.m.<br>COURT:　Hon. Garland E. Burrell |

### Stipulation

The parties, through undersigned counsel, stipulate that the judgement and sentencing hearing scheduled for June 18, 2010, may be continued to July 2, 2010, at 9:00 a.m.

Pursuant to the plea agreement, filed under seal with this Court, the additional time is necessary before judgment and sentencing may be pronounced.

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

/ /

/ /

/ /

1

```
DATED: June 14, 2010              LAWRENCE G. BROWN
                                  United States Attorney


                         by       /s/ Scott Cameron, for
                                  Michael Beckwith
                                  Assistant U.S. Attorney


DATED: June 14, 2010

                         by       /s/ Scott N. Cameron
                                  Scott N. Cameron
                                  Counsel for SARAH LANCASTER
```

### Order

Good cause appearing,

The sentencing hearing scheduled for June 18, 2010, is continued to July 2, 2010, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  June 15, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

2