1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      ) No. 2:08-00392
                                   )
12          Plaintiff,             )
                                   )
13     v.                          ) MOTION TO DISMISS REMAINING
                                   ) COUNTS IN INDICTMENT
14  SARAH LANCASTER,               ) and [PROPOSED] ORDER
                                   ) DISMISSING REMAINING COUNTS
15          Defendant.             ) IN INDICTMENT
                                   )
16  _____

17      Pursuant to Rule 48(a) of the Federal Rules of Criminal

18  Procedure, Plaintiff, United States of America, by and through

19  its undersigned attorney, asks the Court to file an order

20  dismissing the remaining counts in the indictment against

21  defendant Sarah Lancaster in CR. No. 2:08-CR-00392 GEB.

22      On April 3, 2009, the defendant pleaded guilty to a

23  Superceding Information.  On July 2, 2010, the Court sentenced

24  the defendant to 30 months imprisonment.  The United States makes

25  ///

26  ///

27  ///

28  ///

                            1

1 this motion in accordance with its obligations under the plea

2 agreement with the defendant in this case.

3  Date: July 7, 2010                    Respectfully submitted,

4                                        BENJAMIN B. WAGNER
                                         United States Attorney
5

6                              By:   _____
                                         MICHAEL M. BECKWITH
7                                        Assistant U.S. Attorney

8                                        Attorneys for the Plaintiff
                                         UNITED STATES OF AMERICA
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 │ BENJAMIN B. WAGNER
United States Attorney
2 │ MICHAEL M. BECKWITH
Assistant U.S. Attorney
3 │ 501 I St., Suite 10-100
Sacramento, California  95814
4 │ Telephone: (916) 554-2729

5

6

7

8 │         IN THE UNITED STATES DISTRICT COURT

9 │       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 │ UNITED STATES OF AMERICA,        )   CR. No. S-08-392 GEB
                                    )
12 │                Plaintiff,       )
                                    )   ORDER GRANTING GOVERNMENT'S
13 │            v.                   )   MOTION TO DISMISS REMAINING
                                    )   COUNTS IN INDICTMENT
14 │ SARAH LANCASTER,                )
                                    )
15 │                Defendant.       )
    _____)

16

17 │                    **ORDER**

18 │     For the reasons set forth in the motion to dismiss filed by

19 │ the United States, **IT IS HEREBY ORDERED** that:

20 │     The remaining counts in the Indictment in Case No. CR-S-08-

21 │ 392 GEB as to defendant SARAH LANCASTER are hereby DISMISSED

22 │ pursuant to Federal Rule of Criminal Procedure 48(a) without

23 │ prejudice.

24 │ Dated:  July 7, 2010

25

26 │ _____
GARLAND E. BURRELL, JR.
27 │ United States District Judge

28

3